O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. JACKSON,<br><br>   Petitioner,<br><br>  v.<br><br>TIM PEREZ,<br><br>   Respondent. | Case No. CV 15-0574 JGB (JCG)<br><br>**ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE AND DENYING CERTIFICATE OF APPEALABILITY** |

  On January 26, 2015, petitioner Eric B. Jackson ("Petitioner"), a California prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition"). [Dkt. No. 1.] Notably, it is his second federal petition challenging a 2010 sentencing enhancement that Petitioner received in connection with a robbery conviction. Thus, the Court finds that the Petition is an unauthorized "second or successive" petition, and summarily dismisses this action without prejudice for lack of jurisdiction. *See* 28 U.S.C. 2244(b).

  By way of background, Petitioner first challenged his sentencing enhancement in 2012, in a federal habeas petition filed in the Southern District of California. [*See* S.D. Cal. Case No. CV 12-2178 WQH (WVG), Dkt. No. 1.] That petition was denied. [*See id.*, Dkt. No. 6 (2013 WL 1759014), Dkt. No. 7 (2013 WL 1759012), Dkt. No. 8.]

Now, in the instant Petition, Petitioner challenges the *same* sentencing enhancement. (Pet. at 3.) However, Petitioner has failed to obtain the Ninth Circuit's authorization to file a "second or successive" petition. *See* 28 U.S.C. 2244(b).

Accordingly, the Court must dismiss this action for lack of jurisdiction. *See id.*

Additionally, for the reasons stated above, the Court finds that Petitioner has not shown that reasonable jurists would find it debatable whether this Court was correct in its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). The Court thus declines to issue a certificate of appealability.

For the foregoing reasons, **IT IS ORDERED THAT** this action be **SUMMARILY DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS FURTHER ORDERED THAT** a Certificate of Appealability be **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: February 3, 2015

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE