O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. JACKSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TIM PEREZ,<br><br>　　　　Respondent. | Case No. CV 15-0574 JGB (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED:　February 3, 2015　　　　_____

　　　　　　　　　　　　　　　　　*HON. JESUS G. BERNAL*
　　　　　　　　　　　　　　　　*UNITED STATES DISTRICT JUDGE*